IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICHARD COTNEY                                                                                   PETITIONER

Civil Case No. 2:08CV00140 HLJ

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                                RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 13th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE